U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JUL 10 2007

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BENJAMIN LUTCHER, JR.** | : | DOCKET NO. 96-CR-20003 |
| VS. | : | JUDGE TRIMBLE |
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE WILSON |

### ORDER

Before the Court is a "Motion for Downward Departure/Request for Evidentiary Hearing Pursuant to 18 U.S.C. 3553(e) and U.S.S.G. 5K1.1, 5K2.0 or Rule 35" filed by Petitioner, Benjamin Lutcher, Jr. Petitioner is requesting that the Court grant a downward departure or his current sentence because he "rendered and voluntarily provided substantial assistance in the solving of a cold case murder which lead to a subsequent conviction,"[1] of Johnny Clophus. The Court has reviewed the motion and is of the opinion that this matter should be referred to the United States Attorney for a response. Accordingly,

**THE CLERK IS DIRECTED** to serve a copy of the motion with attachments and a copy of this Order on the United States Attorney for the Western District of Louisiana.

**THE CLERK IS FURTHER DIRECTED** to serve Petitioner with a copy of this order.

**IT IS ORDERED** that the government file a response pertaining to Petitioner's motion within sixty (60) days of this order. Petitioner shall have twenty (20) days to file a reply.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 10th day of July, 2007.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE

---

[1] Petitioner's motion, p. 7.